| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Caputo, A. Richard | 2. Court or Organization<br><br>U.S. Dist. Ct. M.D. of PA | 3. Date of Report<br><br>05/01/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>235 North Washington Avenue<br>P.O. Box 1246<br>Scranton, PA 18501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | ▮▮▮▮Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

SEE ACCOUNTANTS' COMPILATION REPORT

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▓▓▓Trust | C | Dividend | N | T | | | | | |
| 2. - Acco Brands Corp. - Common Stk | | | | | Sold | 11/6 | J | A | |
| 3. - Allergan Inc. - Common Stk | | | | | Sold | 1/19 | J | C | |
| 4. - Amgen Inc. - Common Stk | | | | | Buy | 1/19 | J | | |
| 5. - AVIS Budget Group, Inc. (formerly Cendant Corp.) | | | | | | | | | |
| 6. - Bard C.R. Incorporated - Common Stk | | | | | Buy | 1/19 | J | | |
| 7. - Bard C.R. Incorporated - Common Stk | | | | | Buy | 2/22 | J | | |
| 8. - Burlington Resources, Inc. - Common Stk | | | | | Sold | 4/3 | K | C | |
| 9. - Carnival Corp k/n/a Carnival CP New Paired - Common Stk | | | | | | | | | |
| 10. - Chevron Corp. - Common Stk | | | | | Buy | 11/17 | J | | |
| 11. - CISCO Systems Inc. - Common Stk | | | | | | | | | |
| 12. - Citigroup Inc. - Common Stk | | | | | | | | | |
| 13. - Chico's FAS Inc. - Common Stk | | | | | Sold | 11/6 | J | B | |
| 14. - ConocoPhillips - Common Stk | | | | | Partial Sale | 2/22 | J | D | |
| 15. - Cooper COS Inc. - Common Stk | | | | | Sold | 1/19 | J | | |
| 16. - Dominion Res. Inc.VA NEW - Common Stk | | | | | Sold | 11/16 | J | B | |
| 17. - Dow Chemical Co. - Common Stk | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fortune Brands Inc. - Common Stk | | | | | | | | | |
| 19. - Fortune Brands Inc. - Common Stk | | | | | Buy | 2/22 | J | | |
| 20. - General Electric Company - Common Stk | | | | | | | | | |
| 21. - Goldman Sachs Group Inc. - Common Stk | | | | | | | | | |
| 22. - Ingersoll Rand Company Ltd Class A - Common Stk | | | | | Sold | 11/16 | J | B | |
| 23. - Johnson & Johnson - Common Stk | | | | | | | | | |
| 24. - LPL Premier Money Market Shares | | | | | Sold | Var | J | | |
| 25. - Microsoft Corp. - Common Stk | | | | | | | | | |
| 26. - Panera Bread Company - Common Stk | | | | | | | | | |
| 27. - Plantronics Inc. - Common Stk | | | | | | | | | |
| 28. - Realogy Corp. (spinoff from Cendant Corp.) - Common Stk | | | | | | | | | |
| 29. - SCP Pool Corp. - Common Stk | | | | | Sold | 02/22 | J | C | |
| 30. - Sovereign Bank - Insured Cash Account | | | | | Opened | | | | |
| 31. - Symantec Corp. - Common Stk | | | | | Sold | 11/16 | J | | |
| 32. - Veolia Environment Spon ADR - Common Stk | | | | | Buy | 11/16 | J | | |
| 33. - Watts Water Technology - Common Stk | | | | | Buy | 2/22 | J | | |
| 34. - Wyndham Worldwide Corp. (spinoff from | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Cendant Corp.) | | | | | | | | | |
| 35. - Yahoo Inc. - Common Stk | | | | | Buy | 02/22 | J | | |
| 36. IRA #1 | C | Dividend | M | T | | | | | |
| 37. - Apollo Group Inc. Cl A - Common Stk | | | | | Buy | 03/02 | J | | |
| 38. - AVIS Budget Group, Inc. (formerly Cendant Corp.) | | | | | | | | | |
| 39. - Bristol Myers Squibb Co. - Common Stk | | | | | Sold | 11/16 | J | | |
| 40. - Carlisle Companies Inc. - Common Stk | | | | | | | | | |
| 41. - Chevron Corp. - Common Stk | | | | | Buy | 11/17 | J | | |
| 42. - Chico's FAS Inc. - Common Stk | | | | | Sold | 11/03 | J | | |
| 43. - Citigroup Inc. - Common Stk | | | | | | | | | |
| 44. - Cooper COS Inc. NEW - Common Stk | | | | | | | | | |
| 45. - Dell Inc. - Common Stk | | | | | Sold | 11/03 | J | | |
| 46. - Dupont E.I. De Nemour & Company - Common Stk | | | | | | | | | |
| 47. - Ishares Tr NASDAQ Biotech Index Fund | | | | | | | | | |
| 48. - JDS Uniphase Corp. - Common Stk | | | | | | | | | |
| 49. - Leucadia National Corp. - Common Stk | | | | | | | | | |
| 50. - LPL Premier Money Market Shares | | | | | Sold | Var | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. - Lucent Technologies Inc. - Common Stk | | | | | Sold | 04/25 | J | | |
| 52. - Microsoft Corp. - Common Stk | | | | | | | | | |
| 53. - Pfizer Incorporated - Common Stk | | | | | | | | | |
| 54. - Plantronics Inc. - Common Stk | | | | | | | | | |
| 55. - Precision Castparts Corp. - Common Stk | | | | | | | | | |
| 56. - PHH Corporation - Common Stk | | | | | Sold | 11/03 | J | A | |
| 57. - Realogy Corp. (spinoff from Cendant Corp.) - Common Stk | | | | | | | | | |
| 58. - Sirius Satellite Radio Ind - Common Stk | | | | | | | | | |
| 59. - Sovereign Bank - Insured Cash Account | | | | | Opened | | | | |
| 60. - Symantec Corp. - Common Stk | | | | | Sold | 04/25 | J | | |
| 61. - Veolia Environment Spon ADR - Common Stk | | | | | Buy | 11/16 | J | | |
| 62. - Wheeling Pittsburgh Corp. - Common Stk | | | | | Sold | 11/08 | J | D | |
| 63. - Wheeling Pittsburgh Corp. - Common Stk | | | | | Sold | 11/08 | J | B | |
| 64. - Wheeling Pittsburgh Corp. - Common Stk | | | | | Sold | 11/08 | J | B | |
| 65. - Whole Foods Market Inc. - Common Stk | | | | | | | | | |
| 66. - Wyndham Worldwide Corp. (spinoff from Cendant Corp.) | | | | | | | | | |
| 67. Eastern Penn PA S.D. Bond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. Great Valley S.D. PA Bond | B | Interest | K | T | | | | | |
| 69. Pennsylvania State HEFA Hlt Svcs Bond | B | Interest | | | Redemption | 01/03 | K | | |
| 70. PA State B/E Turnpike Comm. Bond | A | Interest | K | T | | | | | |
| 71. Discover Bank Greendwood De Certificate of Deposit | B | Interest | | | Redemption | 5/11 | K | | |
| 72. GMAC Automotive Bank Certificate of Deposit | | None | L | T | Buy | 9/28 | L | | |
| 73. LPL Premier Money Market Shares | B | Dividend | | | Sold | Var | J | | |
| 74. Sovereign Bank - Insured Cash Account | A | Interest | J | T | Opened | | | | |
| 75. Luzerne Bank Accounts | A | Interest | J | T | Opened | | | | |
| 76. Wachovia Bank Account (X) | A | Interest | K | T | Opened | | | | |
| 77. IRA #2 | A | Dividend | J | T | | | | | |
| 78. - LPL Premier Money Market Shares | | | | | Sold | Var | J | | |
| 79. - Whole Foods Market Inc. - Common Stk | | | | | | | | | |
| 80. Wachovia Corp. - Common Stk | D | Dividend | N | T | | | | | |
| 81. Direct TV Group Inc. - Common Stk | | None | J | T | | | | | |
| 82. LPL Premier Money Market Shares | A | Dividend | | | Sold | Var | J | | |
| 83. NEWS Corp. Cl A - Common Stk | A | Dividend | J | T | | | | | |
| 84. Sovereign Bank - Insured Cash Account | B | Interest | J | T | Opened | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Wheeling Pittsburgh Corp. - Common Stk | | None | | | Sold | 11/08 | J | B | |
| 86. Capital One FSB McLean VA Certificate of Deposit | | None | L | T | Buy | 11/16 | L | | |
| 87. Discover Bank Greenwood Certificate of Deposit | B | Interest | | | Redemption | 05/11 | K | | |
| 88. Federal Trust Bank Certificate of Deposit | B | Interest | | | Redemption | 10/16 | L | | |
| 89. Georgian Bank Atlanta GA Certificate of Deposit | | None | L | T | Buy | 11/16 | L | | |
| 90. GMAC Automotive Bank Midvale Certificate of Deposit | | None | K | T | Buy | 09/28 | L | | |
| 91. Irwin Union Bank & Trust Certificate of Deposit | C | Interest | L | T | | | | | |
| 92. Mercantile Bank West Michigan Certificate of Deposit | B | Interest | | | Redemption | 10/16 | L | | |
| 93. Lehigh County PA IDA Municipal Bond | B | Interest | K | T | | | | | |
| 94. Line Mountain PA Municipal Bond | B | Interest | K | T | | | | | |
| 95. Northampton PA ASD DB Bond | B | Interest | L | T | | | | | |
| 96. Westmont Hilltop PA Municipal Bond | C | Interest | L | T | | | | | |
| 97. █████ acres vacant land - Orange County, Florida | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
| --- | --- |
| Caputo, A. Richard | 05/01/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Line 1 - ████████ Trust - Information reported, as in prior years, represents 100% of the trust assets.  However, the reporting person's █████ is one of three beneficiaries who share equally in the trust.

Part VII - Lines 24, 50, 73, 78, 82 - LPL Premier Money Market Shares is a cash account that is used to hold funds until investment assets are purchased.  As such, there were multiple purchase and sale transactions during the year (never a gain or loss) until these accounts were eventually liquidated during 2006.

Part VII - Line 97 - Orange County, Florida property - Information reported, as in prior years, represents 100% of the value.  However, the reporting person's █████ is one of three individuals who own the property in equal shares.

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _May 1, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

SEE ACCOUNTANTS' COMPILATION REPORT